# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130790

MICHAEL J. CHARTIER,
        Plaintiff-Appellee,

v

AUTOMOBILE CLUB INSURANCE
ASSOCIATION,
        Defendant-Appellant.

SC: 130790
COA: 257301
Bay CC: 03-003069-NF

_____/

On order of the Court, the application for leave to appeal the January 12, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006

d0619

Clerk